Gregory L. Weeks, Esq., CSB No. 58584
Janet Robertson Kaufman, Esq., CSB No. 116143
Gregory K. Nelson, Esq., CSB No. 203029
Chandler G. Weeks, Esq., CSB No. 245503
WEEKS, KAUFMAN, NELSON & JOHNSON
462 Stevens Avenue, Suite 310
Solana Beach, CA 92075
Telephone: (858) 794-2140
Fax: (858) 794-2141
Email: Office@wknjlaw.com

Attorneys for Plaintiff

FILED
08 APR 23 PM 3:14
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 737 JLS JMA

| | |
|---|---|
| OAKLEY, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DIBA IMPORTS, LP dba DIBA SHOES and dibashoes.com, a Missouri corporation, and DEMAND SHOES, LLC, a Missouri corporation,<br><br>Defendants. | Case No.:<br><br>NOTICE OF RELATED CASES |

Plaintiff Oakley, Inc., pursuant to Local Rule 40.1, hereby notifies the Court and Defendant DIBA IMPORTS, LP and DEMAND SHOES, LLC that the subject matter of this case is related to the following action:

1. Civil Action No. 3:08-cv-480 L (RBB)
   United States District Court, Southern District of California
   Oakley, Inc. v. Weyco Group, Inc.

This action involves the same Plaintiff, Oakley, Inc., and the same trademark in suit, U.S. Reg. No. 2,293,046 in a case involving trademark infringement by an accused product that is substantially similar with the accused product in this case.

DATED: April 22, 2008

WEEKS, KAUFMAN, NELSON & JOHNSON

GREGORY K. NELSON
Attorney for Plaintiff, Oakley, Inc.