Gregory L. Weeks, Esq., CSB No. 58584
Janet Robertson Kaufman, Esq., CSB No. 116143
Gregory K. Nelson, Esq., CSB No. 203029
Chandler G. Weeks, Esq., CSB No. 245503
WEEKS, KAUFMAN, NELSON & JOHNSON
462 Stevens Avenue, Suite 310
Solana Beach, CA 92075
Telephone: (858) 794-2140
Fax: (858) 794-2141
Email: Office@wknjlaw.com

FILED
08 APR 23 PM 3:14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DIBA IMPORTS, LP dba DIBA SHOES and dibashoes.com, a Missouri corporation, and DEMAND SHOES, LLC, a Missouri corporation,<br><br>Defendants. | '08 CV 737 JLS JMA<br>Case No.:<br><br>CERTIFICATION AS TO INTERESTED PARTIES<br><br>LOCAL RULE 4.6 |

The undersigned, counsel for Plaintiff Oakley, Inc., certifies that the following parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or refusal:

By way of merger completed on November 14, 2007, Oakley, Inc. is now an indirect wholly owned subsidiary of Luxottica Group S.p.A.

DATED: April 22, 2008

WEEKS, KAUFMAN, NELSON & JOHNSON

GREGORY K. NELSON
Attorney for Plaintiff, Oakley, Inc.