Gregory L. Weeks, CSB 58584
Janet Robertson Kaufman, CSB 116143
Gregory K. Nelson, CSB 203029
Chandler G. Weeks, CSB 245503
WEEKS, KAUFMAN, NELSON & JOHNSON
462 Stevens Avenue, Suite 310
Solana Beach, CA 92075
Telephone: (858) 794-2140
Facsimile: (858) 794-2141
Email: Office@wknjlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OAKLEY, INC.**, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**DIBA IMPORTS, LP dba DIBA SHOES** and **dibashoes.com**, a Missouri corporation, and **DEMAND SHOES, LLC**, a Missouri corporation<br><br>Defendant. | Case No.: 08 CV 737 L (RBB)<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

NOTICE IS HEREBY GIVEN THAT pursuant to Federal Rule of Civil Procedure, Rule 41(a), Plaintiff hereby voluntarily dismisses Defendant Diba Imports, LLC, Demand Shoes, LLC, dba dibashoes.com in the above captioned action with prejudice.

DATED: May 27, 2008

WEEKS, KAUFMAN, NELSON & JOHNSON

GREGORY K. NELSON
Attorney for Plaintiff, Oakley, Inc.