# PROOF OF SERVICE

I, the undersigned, hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause.
2. My business address is 462 Stevens Avenue, Suite 310, Solana Beach, CA 92075.
3. On May 27, 2008, I served the attached document entitled NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE as follows:

☒ (**by mail**)I caused such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Solana Beach, California.

☐ (**by personal delivery**) I personally delivered a copy of the attached document to the address listed below.

☐ (**by Federal Express**) I am readily familiar with the practice of Weeks, Kaufman & Johnson for collection and processing of correspondence for overnight delivery and know that the document described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☐ (**by facsimile**) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error.

Nick Mossotti
Director of Operations
Diba Imports LP/Demand Shoes
3630 Corporate Trail Drive
Earth City, MO 63045

Executed May 27, 2008 at Solana Beach, California.

[signature]