UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC.,<br>Plaintiff,<br>v.<br>DIBA IMPORTS, LP dba DIBA SHOES and dibashoes.com, *et al*.,<br>Defendants. | Civil No. 08cv737-L(RBB)<br>**ORDER OF DISMISSAL** |

Pursuant to Plaintiff's Notice of Voluntary Dismissal with Prejudice and Federal Rule of Civil Procedure 41, this action is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED: May 28, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL